E-Filing

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UPS SUPPLY CHAIN SOLUTIONS, INC. f/k/a EMERY AIR FREIGHT CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>TANGO TRANSPORT, INC., and DOES 1 through 10, inclusive,<br><br>Defendant(s). | CIVIL ACTION NO. C-07-4389 WHA<br><br>**ORDER ON APPLICATION OF**<br>**H. N. CUNNINGHAM, III**<br>**TO APPEAR *PRO HAC VICE*** |

On this day came on to be considered the Application of H. N. Cunningham, III to Appear *Pro Hac Vice* in this matter on behalf of Defendant Tango Transport, Inc. The Court having considered the Application and having noted that James Attridge, is an attorney who is a member of the bar of this Court in good standing, and who maintains an office within the State of California, has been designated as co-counsel for Defendant Tango Transport, Inc., hereby grants the Application of H. N. Cunningham III to appear as counsel in this matter for Defendant Tango Transport, Inc.

It is therefore Ordered that H. N. Cunningham III may appear as counsel in this matter for Defendant Tango Transport, Inc.

ORDER ON APPLICATION OF H. N. CUNNINGHAM, III TO APPEAR *PRO HAC VICE* – Page 1

Signed this 11th day of September, 2007.

/s/ William Alsup
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

ORDER ON APPLICATION OF H. N. CUNNINGHAM, III TO APPEAR *PRO HAC VICE* – Page 2