**COUNTRYMAN & McDANIEL**
MICHAEL S. McDANIEL [State Bar No. 66774]
BRUCE A. LINDSAY    [State Bar No. 102794]
LAX Airport Center, Eleventh Floor
5933 West Century Boulevard
Los Angeles, California 90045
Telephone:  (310) 342-6500
Facsimile:  (310) 342-6505

Attorneys for plaintiff
UPS SUPPLY CHAIN SOLUTIONS, INC.
f/k/a EMERY AIR FREIGHT CORPORATION

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| UPS SUPPLY CHAIN SOLUTIONS, INC. f/k/a EMERY AIR FREIGHT CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>TANGO TRANSPORT, INC. and DOES 1 through 10, inclusive,<br><br>Defendant(s). | CIVIL ACTION NO.  C 07 4389<br><br>**CERTIFICATION OF INTERESTED PARTIES OF UPS SUPPLY CHAIN SOLUTIONS, INC. f/k/a EMERY AIR FREIGHT CORPORATION** |

PURSUANT TO CIVIL L.R. 3-16, the undersigned certifies that UPS, INC., is the parent company of the plaintiff UPS SUPPLY CHAIN SOLUTIONS, INC. f/k/a EMERY AIR FREIGHT CORPORATION. Other than these named parties, there is no other such interest to report.

Dated: September 13, 2007     COUNTRYMAN & McDANIEL
                              MICHAEL S. McDANIEL
                              BRUCE A. LINDSAY

                              By: _____
                              MICHAEL S. McDANIEL
                              Attorneys for plaintiff
                              UPS SUPPLY CHAIN SOLUTIONS, INC.