**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: November 29, 2007

Case No.  C 07-04389 WHA

Title: UPS SUPPLY CHAIN v. TANGO TRANSPORT

Plaintiff Attorneys: Bruce Lindsay

Defense Attorneys: H.N. Cunningham, III

Deputy Clerk:  Dawn Toland

Court Reporter: Joan Columbini

**PROCEEDINGS**

1)   CMC - HELD

2)

Complete Initial Disclosures (Rule 26): 12/7/07

Discovery Cutoff: 5/30/08

Designation of Experts: 5/30/08

Last Day to File Motion: 6/26/08


Continued to ___ for Further Case Management Conference

Continued to  **8/4/08 at 2:00pm**  for Pretrial Conference

Continued to  **8/25/08 at 7:30am**  for Bench Trial

**ORDERED AFTER HEARING:**

Parties must select a mediator by 12/30/07 and complete the private mediation by 3/31/08.