IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UPS SUPPLY CHAIN SOLUTIONS INC., f/k/a EMERY AIR FREIGHT CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>TANGO TRANSPORT INC., and DOES 1 through 10, inclusive,<br><br>Defendants. | No. C 07-04389 WHA<br><br>**ORDER DENYING JOINT MOTION TO ADMINISTRATIVELY CLOSE CASE OR, ALTERNATIVELY, CONTINUE CASE UNTIL JANUARY 31, 2009** |

The parties' joint motion to administratively close case, or, alternatively, continue case until January 31, 2009, is **DENIED**. If the parties have already settled this case then they should file a notice of dismissal *not* a motion to administratively close or, alternatively, to continue the case.

**IT IS SO ORDERED.**

Dated: May 8, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE