COUNTRYMAN & McDANIEL
MICHAEL S. McDANIEL [State Bar No. 66774]
Cargolaw@aol.com
BRUCE A. LINDSAY [State Bar No. 102794]
Bal@cargolaw.com
LAX Airport Center, Eleventh Floor
5933 West Century Boulevard
Los Angeles, California 90045

Attorneys for plaintiff, UPS SUPPLY CHAIN
SOLUTIONS, INC. f/k/a EMERY AIR
FREIGHT CORPORATION

JAMES ATTRIDGE (SBN124003)
LAW OFFICE OF JAMES ATTRIDGE
1390 Market Street, Suite 1204
San Francisco, CA 94102
Telephone: (415) 552-3088
Facsimile: (415) 522-0513

H. N. Cunningham, III
State Bar No. 0524690
ROBERTS, CUNNINGHAM &
STRIPLING, LLP
800 Preston Commons West
8117 Preston Road
Dallas, Texas 75225
(214) 696-3200
(214) 696-5971 facsimile

Attorneys for Defendant,
Tango Transport, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UPS SUPPLY CHAIN SOLUTIONS, INC. f/k/a EMERY AIR FREIGHT CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>TANGO TRANSPORT, INC., and DOES 1 through 10, inclusive,<br><br>Defendant(s). | CIVIL ACTION NO. C-07-4389 WHA<br><br>JOINT STIPULATION TO DISMISS CASE WITHOUT PREJUDICE |

Plaintiff, UPS SUPPLY CHAIN SOLUTIONS, INC., f/k/a EMERY AIR FREIGHT CORPORATION ("UPS-SCS"), and, Defendant TANGO TRANSPORT, INC. ("TANGO"), through their respective attorneys of record, hereby stipulate and request the Court dismiss this matter without prejudice to the filing of an action, at any time on or before January 31, 2009, for

claims arising from the loss of property alleged to have occurred on or about July 28, 2005, as more fully described in the pleadings of the parties in this lawsuit.

WHEREFORE, premises considered, Plaintiff, UPS-SCS and Defendant, TANGO, jointly request the Court to dismiss without prejudice case no. C-07-4389 WHA.

Dated: May 13, 2008

COUNTRYMAN & McDANIEL
MICHAEL S. McDANIEL
BRUCE A. LINDSAY

By: BRUCE A. LINDSAY
Attorneys for plaintiff, UPS SUPPLY CHAIN SOLUTIONS, INC. f/k/a EMERY AIR FREIGHT CORPORATION

Dated: May 12, 2008

ROBERTS, CUNNINGHAM & STRIPLING, L.L.P.
H. N. CUNNINGHAM, III
JAMES C. BAKER

By: H. N. CUNNINGHAM, III
Attorneys for defendant Tango Transport, Inc.

-2-

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UPS SUPPLY CHAIN SOLUTIONS, INC. f/k/a EMERY AIR FREIGHT CORPORATION, | § § § § | NO. C-07-4389 WHA |
| Plaintiff, | § § | |
| vs. | § § § | **ORDER DISMISSING CASE WITH-OUT PREJUDICE** |
| TANGO TRANSPORT, INC., and DOES 1 through 10, inclusive, | § § § | |
| Defendant(s). | § | |

Came before the Court the Joint Stipulation of the Parties to Dismiss the Case without Prejudice filed by Plaintiff, UPS SUPPLY CHAIN SOLUTIONS, INC., f/k/a EMERY AIR FREIGHT CORPORATION ("UPS-SCS"), and, Defendant TANGO TRANSPORT, INC. ("TANGO"). The Court having considered the parties' stipulation relating to the settlement of this matter, IT IS THEREFORE ORDERED AS FOLLOWS:

1.　Case number C-07-4389 WHA is ordered dismissed without prejudice to the filing of an action on or before January 31, 2009, for claim of loss or damage occurring on or about July 28, 2005 which has been the subject of this lawsuit;

- 1 -

2.   The trial of August 25, 2008 is vacated and the pre-trial conference of August 4, 2008 is ordered off-calendar.

**IT IS SO ORDERED.**

Dated: May ___, 2008

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE